**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT DESHIELDS, | : | No. 45 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GLOBAL TEL*LINK INC., | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, "THIRD PERSON | : | |
| PROVIDER", | : | |
| | : | |
| Respondents | | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2018, the Petition for Review and the Motion Seeking Permission are DENIED.